# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PRESTON G. DEMOUCHET, Jr.

NO. 2020 KW 1011

**DECEMBER 30, 2020**

---

In Re:     Preston G. Demouchet, Jr., applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 89,969.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

  **WRIT DENIED ON THE SHOWING MADE.** Relator failed to provide this court with a copy of the motion filed with the district court requesting a hearing on his motion to correct an illegal sentence and the district court's ruling denying his request for a hearing. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before March 1, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                         **JMG**
                         **PMc**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
             FOR THE COURT